IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Civil Action No. 08–cv–00240–EWN–CBS

EMMA CAUCUS, INC., a Colorado Non-Profit Corporation;
RICHARD J. BIRD, individually;
MICHAEL ERNEMANN, individually; and
DAVID B. KELLY, individually,

    Plaintiffs,

v.

BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF
PITKIN; and
GRACE CHURCH OF THE ROARING FORK VALLEY, Inc., a
Colorado Non-Profit Corporation,

    Defendants.

---

**ORDER**

---

    This matter is before the court on Plaintiffs' motion (#33) to correct the court's order(#32) remanding the case. Plaintiffs point out that the court overlooked Grace Church's response (#17). The court has now reviewed the response. Nothing therein changes the court's view. The motion to correct the order is **GRANTED**, but the court will not reconsider its remand of the case.

    **SO ORDERED.**

    Dated this 27th day of May, 2008.

                                        BY THE COURT:

                                        s/ Edward W. Nottingham
                                        EDWARD W. NOTTINGHAM
                                        Chief United States District Judge